# UNITED STATES DISTRICT COURT

Middle    DISTRICT OF    Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>TRAVIS GENTRY et al.<br>(SEE LIST OF DEFENDANTS -ATTACHMENT 1) | **CRIMINAL COMPLAINT**<br><br>Case Number: 11-3062 MB |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   **8/2010 to 3/16/2011**   in   **Giles and Davidson**   County, in

(Date)

the    **Middle**    District of   **Tennessee and elsewhere**   defendant(s) did,

(Track Statutory Language of Offense)
knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to knowingly and intentionally distribute and possess with intent to distribute controlled substances, including 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, that is crack cocaine, Schedule II controlled substances, and 100 kilograms or more of marijuana, a Schedule I controlled substance
in violation of Title    **21**    United States Code, Section(s)   **846 and Title 18 U.S.C. Section 2**   .

I further state that I am a(n)    **DEA TASK FORCE OFFICER**    and that this complaint is based on the

Official Title

following facts:

     See attached Affidavit in Support of Criminal Complaint incorporated herein.

Continued on the attached sheet and made a part of this complaint:    ☒ Yes    ☐ No

Signature of Complainant

JAMES GOODMAN

Printed Name of Complainant

Sworn to before me and signed in my presence,

**3-16-11**          at    Nashville, Tennessee

Date                                  City                            State

JOE B. BROWN          US MAGISTRATE JUDGE

Name of Judge            Title of Judge                 Signature of Judge

ATTACHMENT 1
LIST OF DEFENDANTS - CRIMINAL COMPLAINT (Case Number 11-3062 MB)

CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES, INCLUDING 500 GRAMS OR MORE OF COCAINE and 280 GRAMS OR MORE OF CRACK COCAINE and 100 KILOGRAMS OR MORE OF MARIJUANA

1. Travis Lynn GENTRY
2. Betty Katherine GENTRY
3. Frank Dwayne RANDOLPH a/k/a: "Tubbs"
4. Alfred Tryan COFFEY a,k,a, Renny
5. Randy RANDOLPH
6. Channing Ace RANDOLPH
7. Patrick Dewayne SMITH
8. James Thomas COFFEY, Jr. a/k/a: Jamey
9. Nicholas Theron WHITE
10. Brandon Corey MATTHEWS a/k/a Birthday
11. Jonas Lavar HAYES
12. Tony Wayne HEDGE
13. Kejuana Latrese MCCUTCHEON
14. William Warren HEAD II a/k/a Warren HEAD
15. Clanisha Leshon ALLEN a/k/a: Clanashia
16. Todd Arkalus BRYANT
17. Spencer RANDOLPH a/k/a: Diddy
18. Gara Carlnesa HARRIS-JOSLIN a/k/a: Gara HARRIS
19. Brandon Paul HOOPER
20. Edddie Dewayne DIXON a/k/a: "Monsta"

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James R. Goodman being duly sworn, do hereby depose and state:

I am a Task Force Officer with the Drug Enforcement Administration (DEA), assigned to the Nashville District Office. I have been a Task Force Officer with the DEA for approximately fifteen years. I have been a Law Enforcement Officer in the State of Tennessee since 1977. The majority of my Law Enforcement career has been spent as a Criminal Investigator. I have been assigned to various duties involving the investigation of the distribution of controlled substances and the laundering of drug proceeds.

I make this affidavit based upon my personal knowledge derived from my participation in this investigation as well as information provided to me by other law enforcement officers.

I am also the affiant for the affidavit filed in support of the application for search warrants in case 11-3061 MB, which is contemporaneously being submitted to this Court ("the search Affidavit.") That affidavit is incorporated by reference into this affidavit.

This affidavit seeks arrest warrants against the following people for conspiracy to distribute and to possess controlled substances with intent to distribute, including 500 grams or more of cocaine, 280 grams or more of cocaine base ("crack cocaine"), and 100 kilograms or more of marijuana, in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

1

1. Travis Lynn GENTRY
2. Betty Katherine GENTRY
3. Frank Dwayne RANDOLPH a/k/a: "Tubbs"
4. Alfred Tryan COFFEY a,k,a, Renny
5. Randy RANDOLPH
6. Channing Ace RANDOLPH
7. Patrick Dewayne SMITH
8. James Thomas COFFEY, Jr. a/k/a: Jamey
9. Nicholas Theron WHITE
10. Brandon Corey MATTHEWS a/k/a Birthday
11. Jonas Lavar HAYES
12. Tony Wayne HEDGE
13. Kejuana Latrese MCCUTCHEON
14. William Warren HEAD II
15. Clanisha Leshon ALLEN a/k/a: Clanshia
16. Todd Arkalus BRYANT
17. Spencer RANDOLPH a/k/a: Diddy
18. Gara Carlnesa HARRIS-JOSLIN a/k/a: Gara HARRIS
19. Brandon Paul HOOPER
20. Edddie Dewayne DIXON a/k/a: "Monsta"

Each of the people for whom I seek arrest warrants have been intercepted multiple times in the course of the federal wiretap investigation using telephones to carry out their drug trafficking conspiracy. Some of those intercepted calls are summarized in this affidavit and the incorporated search affidavit. The search affidavit contains call summaries relating to defendants for whom both arrest and search warrants are requested (i.e., **Travis GENTRY, Betty GENTRY, Frank Dwayne RANDOLPH, Channing Ace RANDOLPH, Randy RANDOLPH a.k.a. Renny, Alfred Tryan COFFEY, Spencer RANDOLPH, Todd Arkalus BRYANT, Kejuana Latrese MCCUTCHEON, William Warren HEAD II, Clanisha Leshon ALLEN a.k.a. Clanishia ALLEN, Gara HARRIS-JOSLIN a.k.a. Gara HARRIS, Brandon Paul HOOPER, and Eddie Dewayne DIXON**). Calls relating to defendants for whom only arrest warrants are requested are summarized in this arrest affidavit (i.e, **Patrick Dewayne SMITH, James Thomas COFFEY, Jr., Nicholas Theron WHITE, Brandon Corey MATTHEWS, Jonas Lavar HAYES and Tony Wayne HEDGE.**)

2

## SUMMARY

Based on court authorized interception of telephone calls on the Target Telephones, information provided to law enforcement by CS 1 and CS 2, surveillance summarized in this and the incorporated search affidavit, and drugs seized during arrests and searches, this investigation determined that each of the defendants, listed above, for whom I seek arrest warrants is a participant in a drug trafficking conspiracy which involved the distribution and possession with intent to distribute over 280 grams of cocaine base (crack cocaine) and over 500 grams of cocaine, which are both Schedule II controlled substances, and over 100 kilograms of marijuana, a Schedule I controlled substance, between August 2010 and the present.

According to the evidence gathered in this investigation, **Travis GENTRY** is supplied multi-ounce to kilogram amounts of cocaine and multiple-pound amounts of marijuana from multiple sources including **Kejuana MCCUTCHEON, who also supplies GENTRY's nephew, Channing RANDOLPH, and others. MCCUTCHEON also supplies** Ecstasy (MDMA) to **GENTRY** and others. In addition to **MCCUTCHEON, GENTRY** and Channing **RANDOLPH** have additional independent sources of supply for cocaine and marijuana and often supply each other depending on the availability. **Patrick Dewayne SMITH and a person** identified only as **"G" have been identified as additional suppliers of cocaine to GENTRY. According to intercepted calls over Target Telephones and information provided by CS-2, GENTRY** cooks much of the cocaine into crack cocaine, and distributes the cocaine, crack cocaine, and marijuana to various people throughout Giles County, Tennessee and Limestone County, Alabama, including, **Channing Ace RANDOLPH and Patrick Dewayne SMITH** when they were not the suppliers on those occasions. **GENTRY** also supplies marijuana to **Jonas Lavar HAYES, cocaine, crack cocaine and marijuana to James Thomas COFFEY Jr., Alfred Tryan COFFEY, Nicholas Theron WHITE, and marijuana to Brandon Corey MATTHEWS.** During this investigation it has been determined that **Betty GENTRY**, the mother of **Travis GENTRY**, allows GENTRY to store controlled substances, scales, weapons, and drug proceeds at her residence, participates in the distribution of controlled substances, and moves weapons and money for **Travis GENTRY.** This investigation has also established that **Frank RANDOLPH**, brother of

3

Travis GENTRY, assists **Travis GENTRY** in the distribution of controlled substances by holding and hiding **GENTRY'S** illegally obtained drug proceeds, weapons, vehicles, and other items of value at his residence and has done so since at least 2009. From intercepted calls and from information provided by **CS2** it has also been determined that **Travis GENTRY** considers **Randy RANDOLPH** to be his personal runner for narcotics. Based on intercepted calls, **Randy RANDOLPH** distributes, stores, and assists in converting cocaine into crack cocaine at the direction of **Travis GENTRY.** During this investigation your affiant has learned from intercepted conversations, information provided by **CS 2** and surveillance that **Spencer RANDOLPH** operates a location that is used for the distribution of narcotics and meetings related to the distribution of narcotics. The investigation has determined that **Spencer RANDOLPH** obtains and distributes cocaine and marijuana which he obtains from Travis **GENTRY** and others. The investigation has determined that **Spencer RANDOLPH** has direct ties to the cocaine source of supply known only as **G. Spencer RANDOLPH** also stores and transports controlled substances at **Travis GENTRY's** direction and assists **Travis GENTRY** in obtaining vehicle documents relating to the concealment of assets such as motor vehicles.

Based on intercepted conversations, information provided by CS 2, and physical surveillance, this investigation has determined that **Todd BRYANT** is a distributor of marijuana and that **BRYANT** distributes the aforementioned narcotics in Davidson County, Tennessee to **Travis GENTRY, Kejuana MCCUTCHEON, Andre WHITE** and others. The investigation has determined that **Kejuana MCCUTCHEON** is a multiple pound marijuana distributor and multiple ounce cocaine distributor in the Middle District of Tennessee.

Based on court authorized interception of telephone calls on the Target Telephones, this investigation determined that **Kejuana MCCUTCHEON** is supplied multiple ounce amounts to a kilogram of cocaine from an unidentified source and **William Warren HEAD II. MCCUTCHEON** also obtains large amounts of marijuana from **Brandon Paul HOOPER. MCCUTCHEON** distributes narcotics to various people in Davidson, Dickson, Giles and Rutherford Counties, in Tennessee including **Travis GENTRY, Channing RANDOLPH, Todd BRYANT, Clanisha ALLEN a.k.a. Clanishia**

4

ALLEN, Gara HARRIS-JOSLIN a.k.a. Gara HARRIS, Tony Wayne HEDGE, Eddie DIXON, and others.

### Patrick Dewayne Smith

Through the course of this investigation, through intercepted phone calls, and information provided by CS2, it has been determined that **Patrick Dewayne SMITH** sold marijuana, cocaine, and crack cocaine to and purchased the same from **Travis GENTRY. GENTRY** and **SMITH** convert the cocaine into crack cocaine and then sell the crack cocaine, cocaine and marijuana in Giles County, Tennessee and Limestone County, Alabama.

On August 27, 2010, at 12:42 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Patrick Dewayne SMITH** utilizing cellular number (256) 614-2566 was intercepted. Excerpts from that recorded conversation follow: **GENTRY,** "Alright what you ah, you think you'll be able to get one of those things for me?" **SMITH,** "Yeah, yeah, I'll hit them up soon as I get down there." **GENTRY,** "Ok I'm gonna take a shower then I'm gonna be , I'm gonna be on my way too. What, what you got though?" **SMITH,** "Ah I ain't got shit going on for real, hell, cause them niggas down there ain't doing shit. What you ah , you gonna come that way or you gonna need me to come that way?" **GENTRY,** "yeah well ah see I'm already down this way but hell once you get it, if you don't , if you don't , you know what I'm saying I will slide on up." **SMITH,** "Oh ok." **GENTRY,** "I got the bread on me, I got the bread on me." **SMITH,** "Ah, alright yeah I'm headed that way now, I'll go ahead and hit him up , see if he's already have it, you know what I'm saying when I get there." **GENTRY,** "Ok, alright I gotcha."

Another call intercepted between **GENTRY** and **SMITH** later that day confirmed that **SMITH** had purchased cocaine from an unknown source and planned to give that cocaine to **GENTRY.** On the same date at 1:38 p.m., **SMITH** called **GENTRY** on Target Telephone 3 from (256) 614-2566. Following are excerpts of the conversation: **SMITH,** "He just dropped it off to me." **GENTRY,** "Is it slabbed up though?" **SMITH,** "It got the chunks in it but it ain't all the way slabbed though." Your affiant knows "slabbed" to be a reference to the cocaine appearing as if it came off a brick, or kilogram

5

of cocaine. **GENTRY,** "What it look like? About the thangs you had?" **SMITH,** "I'm trying to smell the smell though, you can see all them little chunks though it ain't no one size you feel me." **GENTRY,** "Yeah but shit like have what you had?" **SMITH,** "I don't know cuz I can't really, I'm trying to open up and get a little smell to it, got lots of little shake in the bottom but, that ain't good." **GENTRY,** "Yeah." **SMITH,** "Yeah she's stanking though." Your affiant knows that cocaine has an odor in its purest form that is desired by those that purchase the cocaine. **GENTRY,** "For real?" **SMITH,** "Man it, it filled up for most you feel me it got like chunks in it, it look like it probably got about six or seven but there's some shit in it, shake at the bottom you feel me." **SMITH,** "The rest of it all look like little gravels though." **GENTRY,** "Alright I'm fixin to I'm fixin to slide through there in a minute, I'm fixing to be there, I'm right here now." **SMITH,** "Alright, alright." Based on the training and experience of your affiant I believe that the above call demonstrates that **SMITH** had received some cocaine and it appeared to have six or seven chunks in it as well as some loose cocaine. **SMITH** described the cocaine and stated it had a good smell to it and appeared as if it was taken from a kilogram of cocaine. I am aware that the term "slab" is often used by drug traffickers to describe cocaine which is taken from or a part of a kilogram.

On September 05, 2010, at 2:48 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Patrick Dewayne SMITH** using (256) 614-2566 was intercepted. Excerpts from that recorded conversation follow: **SMITH,** "You know what I was talking about, (inaudible) sometime today; Terrel wants to do that other little thang, for me too." **GENTRY,** "Yeah I, that's what I was gonna ask you was it uh, uh was it the same little thang." **SMITH,** "Um I don't know, it's chunked tho , she chunked she chunked, (inaudible), I got it from uh, I had to end up getting it from the oldest one, the only reason he done that cause the youngest one told him, gave him the ok you feel me?" **GENTRY,** "Yeah." **GENTRY,** "We ok." **SMITH,** "I don't know, I could, let you check it out you feel me? I mean I already got it tho, I had got it last night from 'em." **SMITH,** "(inaudible), she smelling good, she looking good though." **GENTRY,** "Awe ok, cause I might want to uh, what you what you have to, what he want to get on it though." **SMITH,** "That what it is, he charging me, he told, here what he told me, you know I got it for the

same thang what he been doing, but I ain't called his brother, uh to dark skin one, and ask him, he telling me, you know this my brother's shit, you know I want eleven for mine tho, he gonna let you have them, he gonna let me have 'em for the ten five, that's my brother though this time." **GENTRY,** "Ah ok." **SMITH,** "But I can call the dark one and see what he talking about or whatever you feel me you was you like trying to get while you was on the way through or what." **GENTRY,** "Like I say yeah I didn't know how they was fucking with you cause If you wanted to do it if you wanted me to do cause I was fixing to shoot where the bread was anyway hell I didn't know I was going to get me little earlier hell , I just need a little of it anyway." **SMITH,** "It's all good I can make it happen I just callin (inaudible) you know what I'm saying this nigga he so weak you know what I'm saying I have to hold it for him." **GENTRY,** "Ok I didn't want to goddam, you know like I said I didn't want get rid of no more than about "ten and a half" for it cause hell I ain't even really." **SMITH,** "(inaudible) like you say any thing else it ain't really worth it." **SMITH,** "Well look I'm going to call both of them and see what they talking about (inaudible)." **GENTRY,** "(inaudible) regardless like I'm saying regardless like I'm saying I'm going to do that for you I just might grab me a little something." **SMITH,** "Yeah, yeah but I'm going to call him and see what he talking about you know what I'm saying (inaudible)." **GENTRY,** "Ok." **SMITH,** "I'm fixing to call him right now." **GENTRY,** "Alright." It is the belief of your affiant that during this call **SMITH and GENTRY** were discussing the price of cocaine per ounce. **GENTRY** agreed to help **SMITH** with the purchase of the cocaine, but did not agree with the price. Based on the experience of your affiant and from knowledge learned during this investigation I am aware that the term "ten and half" is a reference to one thousand fifty dollars ($1,050.00) for an ounce of cocaine, which I know is within the range for a price for an ounce of cocaine at this time, as opposed to an ounce of marijuana which would be from $100.00 to $500.00 per ounce depending on the quality. Later on the same date at 2:52 p.m., **SMITH** called **GENTRY** back at Target Telephone 3. During the call the following conversation was recorded. **SMITH,** "I talked to the little dark but hell he told me to call his brother but that nigger didn't even answer the phone. Do you want to go ahead and do yours up cuz?" **GENTRY,** "Yeah, Yeah." **SMITH,** "Well shit we can do hell, we can go from there you feel me, with it together then half it the middle or

7

whatever, you know what I'm saying, hell I can just hit 'em back but like you know what I'm saying. **GENTRY,** "Oh Ok." **SMITH,** "I called him he I got two of them you feel me if I don't its too damn bad it's all the same." **GENTRY,** "Ok, Ok, cool yeah that's what's up then, that a bet." **GENTRY,** "That's cool, that way I can give you the bread back you can have the bread and you can go back anyway." **SMITH,** "It will be all here it will be all here." **GENTRY,** "Yeah Ok, that's perfect." **GENTRY,** "Nah I was gonna shoot to the country that what I'm saying if you had." **SMITH,** "I can do that, we can do that."**GENTRY,** "Yeah, bike ride or something fuck around for a minute." **SMITH,** "That's what up, I'm gonna come on in a minute." **SMITH,** "I don't need to grab the other."**GENTRY,** "Yeah, yeah, if you get a chance grab a little bitty box." **SMITH,** "Alright I got you." **SMITH,** "Alright." It is the belief of your affiant that in this call **SMITH** told **GENTRY** he had picked up two ounces of cocaine. **SMITH** wanted to know if **GENTRY** was "gonna do his up", meaning did he want to cook it into crack cocaine. **GENTRY** told **SMITH** he had his money for it, "That's cool, that way I can give you the bread back you can have the bread and you can go back anyway." **GENTRY** told **SMITH** he needed to bring it (cocaine) to the "country" which I believe to refer to Prospect, Tennessee where they would cook the cocaine into crack. **GENTRY** told **SMITH** he needed a "little bitty box", a reference I believe to a small box of baking soda, which I am aware is used to cook cocaine into crack cocaine.

Later, at 2:55 p.m., on the same date, **GENTRY** placed a call from Target Telephone 3 to **Betty GENTRY** at (931) 424-6077. During the call **GENTRY** told **Betty GENTRY,** "Pats been good to me boo, he done brought back that stuff for me boo." In this call I believe that **GENTRY** told **Betty GENTRY** that **Pat SMITH** was good to him and that **SMITH** had acquired two ounces of cocaine. I believe this call further confirms the fact that **SMITH** had in his possession two ounces of cocaine which he and **GENTRY** would soon convert into crack cocaine.

On September 6, 2010, at 6:20 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Patrick Dewayne SMITH** using (256) 614-2566 was intercepted. Excerpts from that recorded conversation follow: **SMITH,** "cause I'm gonna try to do like the three this time, I'm gonna have them throw me another one in there. I'm gonna go ahead and get my (inaudible) and shit together my car and shit." **GENTRY,**

8

"OK, I mean do whatever." The conversation continues as **GENTRY** and **SMITH** plan to meet later in the day. I believe during this call **SMITH** told **GENTRY** that he (**SMITH**) intended to obtain three ounces of cocaine this time.

On September 6, 2010 at 6:44 p.m., **GENTRY** placed a call over Target Telephone 3 to **SMITH**. During the call the following conversation was recorded. **SMITH**, "Yeah, yeah I gotta make a quick stop by my crib to grab it though." **GENTRY**, "Ah ok yeah that's cool I'm fixing to shoot up, I'm gonna talk to Randy (Randolph) I think my momma at work. I know, I know my daddy's there but we might, just, ah, walk up to Randy's and goddamn it depends on how stupid this motherfucker acts." **SMITH**, "Ah ok that sounds good, ah. **GENTRY**, "And I'm fixing to shoot up there, hey, what you done talked to her I was gonna slide through there, they still some of them plays though." During this call your affiant believes that **GENTRY** told **SMITH** that they would probably have to go to **Randy RANDOLPH'S** house to cook the cocaine into crack because **GENTRY** felt like his father (L.B Gentry) would be upset if **GENTRY** and **SMITH** came to L.B.'s house to cook the cocaine into crack. I am aware from this investigation that **Randy RANDOLPH** lives next door to LB and **Betty GENTRY** in the Prospect community of Giles County, Tennessee.

On the same date at 7:13 p.m., **GENTRY** placed a call to L.B. GENTRY at (931) 424-6077 a residential hard line at 1126 Turner Road, Prospect, Tennessee. During the call the following conversation was recorded: **GENTRY**, "On my way up there." L.B. **GENTRY**, "Hey I don't mind I know you live here man please don't bring nobody with you." **GENTRY**, "We going up to **Randy's (RANDOLPH)** to handle business **Randy** fixing to make a little money we going to Randy's. Randy said we somebody leaving down there want to do something just walk them up to his house and handle business **Randy** need a little money any how I'm fixing to let **Randy** make a little money and do a little bit of everything he said he needs some money **Randy** said his grass season fixing to go out so he gonna need a little money this winter hell everybody need I feel him he ain't got nobody there with him neither so hell I'm gonna work him." L.B. **GENTRY**, "I'm gonna tell you I don't know why that damn Sheriff Car riding up this hill." **GENTRY**, "Probably because of that Steve Craig." L.B. GENTRY, "When you come home look at Channing go over at Tubb's house and he's got a business going he was

9

sitting at that store by Hardees's he was at there with Scooter 'ems boy but when he's by himself and goes home he don't take nobody with him." L.B. GENTRY, "Wonder what's going on folks running in and out up here before you come home." **GENTRY,** "Well like they said **Randy** you ain't got to worry about that as soon as somebody comes up that's what I'm saying there to meet me when somebody comes up there we going up to **Randy's** we going up to **Randy's** I just told you that man I just told you **Randy** gonna get that little money." L.B. GENTRY, "Don't have no one come here where **Randy** can't see up there." **GENTRY,** "That's what I'm saying we just gonna do it up at Randy's." L.B. GENTRY, "But don't have them come here." **GENTRY,** "I just said we going up to Randy's." L.B. GENTRY, "But don't have them come here at all." **GENTRY,** "Me Randy and Pat fixing to cook some." L.B. GENTRY, "Who?" **GENTRY,** "We on our way up there now me, **Randy** and **Pat** I just sit there and told you we going up to **Randy's** I just sit there and told you we going up to **Randy's.** You can't tell **Randy** what to do at his house." Based on the training and experience of your affiant and from information learned from this investigation your affiant believes that during this call L.B. GENTRY was telling **GENTRY** he needed to be careful and not bring people to LB's residence to conduct illegal activity. **GENTRY** told L.B. that he and **Patrick SMITH** would be at **Randy RANDOLPH'S** residence cooking cocaine into crack, "fixing to cook some".

Later on the same date at 7:21 p.m., **GENTRY** placed a call over Target Telephone 3 to **Randy RANDOLPH** at (931) 363-6161. During the call the following conversation was recorded: **GENTRY,** "You got a microwave don't ya?" **RANDOLPH,** "Nah mine, man mine microwave blowed up Travis, I ain't used that thing shit I guess in over a year." **GENTRY,** "For real?" **RANDOLPH,** "Yeah, what you need a microwave for?" **GENTRY,** "I was gonna cook some stuff up for **Pat (SMITH)** up there." I believe that this call helps confirm that **GENTRY** and **SMITH** intended to convert the three ounces of cocaine into crack cocaine.

On the same date at 7:24 p.m., **GENTRY** placed a call to **SMITH** at (256) 614-2566. During the call the following conversation was recorded: **GENTRY,** "Aw ok that's cool you can just meet I, was going to tell you to meet me up at the cuz's I got to take the little microwave up there I done talked to him every thing cool on that, that way no mother

10

fucker want say I know I'm already going to beat you up there I'm half way up here now." **SMITH**, "Ok I'm leaving my street now."

On the same date at 7:43 p.m., **GENTRY** received a call over Target Telephone 3 from **SMITH** utilizing phone number (256) 614-2566. During the call the following conversation was recorded: **SMITH**, "Hey ole buddy just called me Big Ross Big Ross." **GENTRY**, "Uh huh." (affirmative) **SMITH**, "He was trying to see what you would charge him to like do three of them." **GENTRY**, "Alright its all good just let him do what you had." **SMITH**, "What I need to tell him what going to be the number for how much." **GENTRY**, "Shit I'm at least going to have to charge him a couple hundred though." **SMITH**, "Alright, alright." I believe that during this call **SMITH** inquired of **GENTRY** how much he would charge "Big Ross" to cook up three ounces of powder into crack. **GENTRY** told **SMITH** the price would be $200.00.

On September 10, 2010, at 12:54 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Patrick SMITH** (256) 614-2566 was intercepted. Following are excerpts of the conversation: **SMITH**, "I was just hollering, just wanted to see, you know what we was talking about you know you doing that two and two." **GENTRY**, "Oh, ok yeah, yeah hell yeah." **SMITH**, "They say she doing tremendous numbers, they better than today they say she doing tremendous." **GENTRY**, "Oh for real?" **SMITH**, "They say pulling nine and the bitch she came back to 17." **GENTRY**, "God Damn, and what it lookin, and it still." **SMITH**, "He said uh what he said when the man came through with them and everything was everything they wasn't they hadn't been touched yet or something." **GENTRY**, "Yeah." **SMITH**, "And then they trying to throw a little extra on a nigger and shit talking about, oh I got you plenty now, what you want four, five, six?" **GENTRY**, "Oh for real?" **SMITH**, "The little, the dark, the little one, the dark one and the older one." **GENTRY**, "Oh for real?" **SMITH**, "Five or six of 'em on you now, I said naw, naw, slow it down slow down (both laugh) I told like Mexican , hell I'm want to walk, you're trying to make a nigger run." **GENTRY**, "Hell yeah." **SMITH**, "I was just gonna see when you think you probably want to try to do it, I ain't quite ready myself anyway not yet anyway but hell I should be, you know what I'm saying?" **GENTRY**, "Yeah that's me too uh, like I said cause that little shit I just be grabbing to order , you know what I'm saying but, but uh my little folks wasn't there cause I had checked like I

11

told, I had checked a little bud out last night and uh I had grabbed a little of it but hell uh you know." I believe that during this call **SMITH** was telling **GENTRY** about the quality and quantity of cocaine **SMITH** had and asked **GENTRY** if he wanted to still do the two and two. Your affiant believes that **SMITH** was inquiring if **GENTRY** wanted to get two ounces of cocaine a piece. **SMITH** told **GENTRY** that they tried to provide him 4-6 ounces of cocaine. **SMITH** told **GENTRY** that he told them they were not ready to get that much cocaine. **GENTRY** agreed. **SMITH** told **GENTRY** that the cocaine was supposed to be undiluted, and was supposed to produce extra quantities of crack cocaine.

On September 11, 2010, at 11:40 a.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Patrick SMITH** using (256) 614-2566 was intercepted. During the conversation **GENTRY** and **SMITH** discuss both cocaine and marijuana. Following are excerpts of the conversation: **SMITH**, "I got, I got like about the two dollar for you know something do like about four of them" a reference I believe to four ounces of cocaine. Later during the conversation: **SMITH**, "Ah, hey man I went and check out that little bud to man that nigger had two different kinds she was blowing good, I ain't, one kind though I aint fucking around I didn't get nothing but a little fifty from him, he aint like put a gram each of them in there, and the one kind was so full of seeds though I'm like god damn." **GENTRY**, "Oh for real." **SMITH**, "She was blowing though, she was ooh, she was she was packed up in there." **GENTRY**, "Said she was packed." **SMITH**, "three or four, every time I rolled one out of it, but it was straight dude it was proper you know." **GENTRY**, "You say." **SMITH**, "I'm just sayin I get four I rolled at least four out that little fifty." **GENTRY**, "Was it straight?" **SMITH**, "What, what you was saying mother fucker what you telling." **GENTRY**, "Shit I was thinking I ah let me see what's today." **SMITH**, "I'm ah I'm gonna ah I swinging I'm you know what I'm saying I'm good, with whatever you got going on, we can hold off for a minute or whatever you know what I'm saying its all good." **GENTRY**, "OK ah." Later during the conversation: **SMITH**, "If you want me to hold off for a minute or whatever you know sounds good." **GENTRY**, "I was thinking ah let me see ah let me see, mother fucker did that, I'm trying to think, inaudible, I'll be god damn, I need to get about a zip and a half of that shit my damn self." **SMITH**, "Ah what you want." **GENTRY**, "But ah, I need a little p deal, but ah, if I can get at least about a zip, zip and a half and a little

12

more, what did you see what it look like though, they give you the one doing the thing though?" **SMITH,** "Well he told, I got a little from him, he told me he gave me two of each." **GENTRY,** "Oh for real?" **SMITH,** "Yeah I like he like gave two of the one that was doing the thing and two of some other. He's so excited they talking like they always everything had extra zip in the one, he was like oh man he like so happy doing cartwheels and, (laughter)." **SMITH,** "It could go any which one. You what I'm saying cause if he calls and two of this one and two of the other one." **GENTRY,** "Yeah really we can do it. two in two or the whole brick, it don't matter It's two different ones though. " **SMITH,** "I mean dude...you know what I mean its all good we whatever you know what I'm saying I can do that man I can keep on." **SMITH,** "I can do that me and you can still do like last time I can you know what I'm saying I can go holler at them anytime they, they really don't fuck with him." **GENTRY,** "Oh ok well I'm fixing I'm fixing to get stirred up then until ah I'm fixing call you in a few seconds." I believe that in this conversation **SMITH** told **GENTRY** he would pay him two hundred dollars to cook four ounces of cocaine into crack cocaine, "had that "two dollar for you know something do like about four of them". **GENTRY** told **SMITH** he needed a "zip and half" himself, a reference I believe to an ounce and a half of cocaine. I am aware from my training and experience that the term "zip" is a common reference to an ounce of a drug. **GENTRY,** later told **SMITH** they could get two ounces apiece or get the whole "brick" that it didn't matter," a reference I believe to a kilogram of cocaine. I am aware that the term "brick" is often used in the drug community for a kilogram of cocaine.

On January 27, 2011, at approximately 5:30 p.m., CS2 contacted investigators and reported that **GENTRY** planned to sell three ounces of cocaine to **SMITH** later in the evening. Investigators established surveillance at 1235 Audubon Lane Apartment 202, Athens, Alabama. At approximately 8:05 p.m., investigators observed **SMITH** arrive at the location and enter the apartment. On the same date at approximately 10:30 p.m. investigators observed as **SMITH** left the apartment. A subsequent consent search of **SMITH** by law enforcement resulted in no contraband being located. However the intercepted telephone call listed below confirmed that cocaine was in fact present inside the apartment when **SMITH** was present.

13

Later on January 27, 2011 at 11:07 p.m. a call between **Travis GENTRY** utilizing Target Telephone 3 and **Patrick SMITH** using (678) 764-1946 was intercepted. Following are excerpts of the conversation: **SMITH**, "Cuz." **GENTRY**, "What's up?" **SMITH**, "Boy you saved me tonight boy." **GENTRY**, "What happened?" **SMITH**, "You was telling me let's wait." **GENTRY**, "Yeah." **SMITH**, "I'm in my daddy's little truck right." **GENTRY**, "Huh?" **SMITH**, "It got that little hitch on there the hitch the ball hitch on there I was thinking it was bull shit at first but then I get out and then they said mother fucker had done pulled me over they had me out there for thirty to forty five minutes." **GENTRY**, "For real?" On the same date at approximately 11:45 p.m., CS2 contacted investigators and reported that **GENTRY** would not let **SMITH** take the cocaine because he had observed something suspicious in the parking lot. A call intercepted at 10:03 p.m., over Target Telephone 3 from **GENTRY** to **Brandon MATTHEWS** using (615) 513-7428 verified the information provided by CS2. During this conversation **GENTRY** expressed to **MATTHEWS** his concern about a Durango in the parking lot which **GENTRY** incorrectly suspected to be law enforcement.

## Criminal History of Patrick Dewayne SMITH

A review of the criminal history of **Patrick Dewayne SMITH** revealed that **SMITH** was arrested on October 9, 1997 in Decatur, Alabama for making a false report (convicted). On August 18, 1999, **SMITH** was arrested in Limestone County, Alabama for first degree possession of marijuana (convicted), marijuana trafficking (convicted), carrying concealed weapon (dismissed), 2nd degree possession of marijuana (dismissed) and receiving stolen property. On November 7, 2005, **SMITH** was arrested in Cullman, Alabama for 2nd degree theft of property and 2nd degree marijuana possession. The disposition of this case is unknown. **SMITH** was arrested on November 11, 2005 in Athens, Alabama for 3rd degree domestic violence. The disposition of this case is unknown. On February 15, 2006, **SMITH** was arrested in Athens, Alabama for assault. The disposition of this case is unknown. On April 29, 2006, **SMITH** was arrested in Athens, Alabama for failure to appear. **SMITH** was arrested on February 15, 2007 in Limestone County, Alabama for marijuana possession, trafficking cocaine, possession of drug paraphernalia. The disposition of this case is unknown. On November 3, 2010,

14

**SMITH** was arrested in Madison County, Alabama for damage of property. The disposition of this case is unknown.

## James Thomas COFFEY Jr. a/k/a: Jamie COFFEY

During this investigation it was determined that that James **COFFEY Jr.** is a distributor of cocaine, cocaine base (crack cocaine), and marijuana operating in Pulaski, Tennessee. The investigation established that James **COFFEY Jr.** sold cocaine and marijuana supplied to him by **Travis GENTRY**.

On August 20, 2010, at 8:47 a.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **James COFFEY Jr.** using phone (931) 638-4397 was intercepted. During the call the following conversation was recorded: **GENTRY**, "Yeah, what's up boy?" **COFFEY**, "I told you what's up." **GENTRY**, "Nah, I didn't get no bud I grabbed a little work but I didn't get to get nothing but a little bud but I don't know they said they said they had something about, they had something, they running with (inaudible) I grabbed a little work but I hadn't even selled that shit I just snatched a little bit just to keep something beside me." **COFFEY**, "You know, that's what I need is some bud man. Actually, and I ain't got none of that, and that's what the fuck I need man." **GENTRY**, "Oh yeah for real." **GENTRY**, "What, what, what you think you gonna need like a little cutie or something." **COFFEY**, "Yeah, yeah, yeah at least that." **GENTRY**, "What's up, what about a, what's up on the work though?" **COFFEY**, "I mean, shit hell, you can drop it off, but shit its gonna take me a minute though. I hope you didn't grab that much." **GENTRY**, "Do what now." **COFFEY**, "I hope you didn't grab that much." **GENTRY**, "No I got, I got them other folks that wanted to do a little something, you know what I'm saying." **COFFEY**, "Well what you got left, what you got left." **GENTRY**, "Like I said I just make quick, with what you , what you ah, like I said if you wanted to do a little something with that you know what I'm saying. So then I be do anything to keep generating bread you know what I'm saying." **COFFEY**, "Yeah, well shit man well whatever you want to do man but you know i could take a little small piece of some yola but you know but I really just want mine soft. How's she looking though, how's she looking though?" **GENTRY**, "Better than anything around that mother fucker I'm telling ya. I've done did the research that dope right around the count

and I know the hard ain't." **COFFEY,** "So what, like I said I would rather get me some green man." **GENTRY,** "I can try to get you some bags up on the green. That's what I'm needing the green myself. My buddy thought it might be a day or so Sunday or Monday on the green, my people anyway. uh, that's why i grabbed a little work, just to have a little something to hold me over." **COFFEY,** "Well what you got though?" **GENTRY,** "I mean, I got a little something but you know, you know what I'm saying I got a few zips I got some work." **COFFEY,** "Yeah. Do you got it both ways?" **GENTRY,** "Yeah." **COFFEY,** "okay, all right. Well that's cool man uh, it's whatever you want to drop me. I just like a little half or whatever man but ah, you know I probably won't nothing but two and a half soft and the rest of it the yola.

Based on this conversation your affiant believes that **COFFEY** had been trying to reach **GENTRY** to order some marijuana. **GENTRY** explained to **COFFEY** that he did not have any marijuana right now but planned to get some. **GENTRY** told **COFFEY** he had obtained a few "zips" (ounces) of work to hold him over. **COFFEY** agreed to take some of the work, but only wanted a half but wanted two and half grams of it soft and the other eleven and half grams of the cocaine "yola" which your affiant knows to be a term used by drug traffickers to describe cocaine, in this context crack cocaine.

On October 16, 2010, at 10:57 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **James COFFEY Jr.** using phone (931) 638-4397 was intercepted. During the call the following conversation was recorded: **GENTRY,** "Give me like two zips and you keep the 6". **COFFEY Jr.,** "Where you at"? **GENTRY,** "I'm at the pool hall right now". **COFFEY Jr.,** "Well you ran somewhere else". **GENTRY,** "that way you just knock, knock another little couple of hundred off the bill". **GENTRY,** "I'm gonna get some more the first, I'm gonna get some more probably Tuesday, I just had to do somebody a favor man they, they talking about a pound to my people man cause I didn't have no more myself neither and I can get some Tuesday when my people come back in and I'll just give you another QP, half it don't matter". **COFFEY Jr.,** "Now say that one more time". **GENTRY,** "I said I'm gonna get back tight Tuesday anyway, and I can still give you another one , uh another four way , another eight way , I just need to do this while my people from out of town cause they fixing to leave and I didn't have no more". **COFFEY Jr.,** "OK then you say you need two of' em". It is the belief of your

16

affiant that in this call **GENTRY** asked **COFFEY Jr.** to give him "two zips" so he can give it to some of his people. Your affiant is aware that the term "zip" is commonly used in the drug community for an ounce quantity of a drug. In this call I believe "zip" was a reference to two ounces of marijuana. **GENTRY** wanted two ounces of marijuana from **COFFEY** that he (**GENTRY**) had fronted to **COFFEY** on an earlier occasion. The term front in this context means to provide drugs with delayed payment. **GENTRY** told **COFFEY Jr.** that he would knock a couple hundred dollars off his bill if **COFFEY** would return the marijuana.

On December 22, 2010, at 3:14 p.m. a call between **Travis GENTRY** utilizing Target Telephone 3 and **James COFFEY Jr.** using phone (931) 638-4397 was intercepted. Following are excerpts of the conversation: **COFFEY Jr.**, "What you working with tonight? Is it all slab". **GENTRY**, "Ah the best in the world". **COFFEY Jr.**, "Nah, I'm talking about is it bricked, bricked up though". **GENTRY**, "Yeah I mean shit you will see yea I'm just fucking with my people I ain't fucking with them". **COFFEY Jr.**, "Hey, hey look here why don't you let me get I'm on, I'm on give the bread for the ugh I'm give you the bread for the bud and then let me ugh let me get about a ugh a quarter, I'm on give you something on it but I still need to get it for about the three though if I can". **GENTRY**, "yea ok you good". I believe that during this conversation **COFFEY Jr.** asked **GENTRY** about the quality of the cocaine and wanted to know about the appearance and if it looked like it came off the brick (kilogram). **COFFEY Jr.** asked **GENTRY** if he could give **GENTRY** the money he owed for marijuana he had been fronted by **GENTRY** and then get a quarter ounce of cocaine for which he would later pay **GENTRY** three hundred dollars. **GENTRY** agreed.

On December 28, 2010, at 12:05 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **James COFFEY Jr.** using phone (931) 638-4397 was intercepted. Following are excerpts of the conversation: **COFFEY Jr.**, "Oh ok well what ever, look here man shit you think I can get seven more, give you half on it"? **GENTRY**, "What's that? Oh the girl?" **COFFEY Jr.**, "Yeah?" **GENTRY**, "Yeah, yeah, yeah, you good." I believe that during this call **COFFEY Jr.** wanted to get a quarter ounce, seven grams, of powder cocaine from **GENTRY** and pay **GENTRY** only half of the money up front. **GENTRY** agreed to do the transaction.

17

Based on the above intercepted conversation on December 28, 2010 investigators established surveillance on the residence located at 718 West Cotton Street Pulaski, Tennessee, the residence of **James COFFEY Jr.** At approximately 2:31 p.m., investigators observed Travis **GENTRY** pull up to the residence driving a white S-10. and enter the front door of that residence. At approximately 2:38 p.m., investigators observed **COFFEY Jr.** and **GENTRY** exit the residence and get into the white Chevrolet S-10 and depart the area. Investigators attempted to follow **GENTRY** without success. A subsequent intercepted telephone call over Target Telephone 3 indicated that **GENTRY** had detected surveillance.

On January 03, 2011, at 3:01 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **James COFFEY Jr.** using phone (931) 638-4397 was intercepted. Following are excerpts of the conversation: **GENTRY,** "What's up Boo?" **COFFEY Jr.,** "You tell me." **GENTRY,** "Shit, just made laid back brown, get laid on the girly, Uh but wont be long though, I got that killer mid though." **COFFEY Jr.,** "Shit, I still got a couple of zips, but shit I barely got any of the other though." **GENTRY,** "Ok. Yeah that's me, I'm fresh too, but that's gonna be it, it's gonna be set on that cause I just got the word." **COFFEY Jr.,** "Aight, well shit, just holler at me though." It is the belief of your affiant that during this call **GENTRY** was calling **COFFEY Jr.** to let him know he had some "mid", a reference I believe to a grade of marijuana, "the mid". During the call **COFFEY Jr.** told **GENTRY** that he had "barely got any of that other." Your affiant believes that **COFFEY Jr.** was telling **GENTRY** had only a small amount of cocaine. **GENTRY** told **COFFEY Jr.** that he would soon have more cocaine available, "I'm fresh too, but that's gonna be it, it's gonna be set on that cause I just got the word." I believe that **GENTRY** had received word that cocaine would soon be made available to him.

On January 09, 2011, at 12:42 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **James COFFEY Jr.** using phone (931)638-4397 was intercepted. Following are excerpts of the conversation: **GENTRY,** "Hello." **COFFEY Jr.,** "Hello, what's up man?" **GENTRY,** "What's up buddy?" **COFFEY Jr.,** "Not shit man, I been trying to get in touch with you man." **GENTRY,** "Yeah hell I been out of town, back in town going on." **COFFEY Jr.,** "That don't mean you can't answer the phone." **GENTRY,** "Nah shit I hadn't really had nothing I been down hell I had really had been

on another phone I just been talking on I had these mother fuckers calling here lately been doing nothing." **COFFEY Jr.**, "What shit that still mean I can't give you your money man." **GENTRY**, "Yeah, nah I ain't worried about it I been trying to get some other shit I done been out of town." **COFFEY Jr.**, "What did it happen for it you?" **GENTRY**, "Yeah that it's just fucked up there, on that, but the works supposed to come back through though asap." I believe that during this call, **COFFEY Jr.** asked **GENTRY** why he had not been able to get in touch with **GENTRY**. **COFFEY Jr.** asked **GENTRY** if it "happened" for him. **GENTRY** told **COFFEY Jr.** that it has been messed up on that but he expects to obtain cocaine soon. **GENTRY** stated, "the works supposed to come back through though asap." Your affiant believes that **COFFEY Jr.** was hoping to acquire cocaine from **GENTRY**. **GENTRY** told **COFFEY** Jr. he was unable to get cocaine at the time, "it has been messed up", but **GENTRY** expected to have cocaine available soon.

On January 30, 2011, at 1:40 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **James COFFEY Jr.** using phone (931) 292-6089 was intercepted. Following are excerpts of the conversation: **GENTRY**, "I'm gonna hit you with the girl and then, you need some bud too but it might be." **COFFEY Jr.**, "Actually I need I need it worse." **GENTRY**, "Ah you need the bud worse?" **COFFEY Jr.**, "Ah, yeah." **GENTRY**, "Ah, ah ok as soon as I get to the house I'm gonna look at some things." **COFFEY Jr.**, "I mean I need it all but like I said I need that worse than the other but you know how that goes I probably need both immediately after today goes." **GENTRY**, "Ok, ok I gotcha ya. I'm going to put some shit in order for you then. How much girl do you want though?" **COFFEY Jr.**, "About the same as last." **GENTRY**, "Oh, ok, ok alright." **COFFEY Jr.**, "Ah nigger you know how I'm doin it now I done talked to you about it." I believe based on my knowledge of this case that **GENTRY** made this call to **COFFEY Jr.** to arrange to sell some of the cocaine he planned to pick up later in the afternoon. Later that same day **GENTRY** was stopped and arrested by Trooper Kilpatrick of the Tennessee Highway Patrol after **GENTRY** left **Spencer RANDOLPH'S** residence and was found to be in possession of nine ounces of powder cocaine. It is my belief that a portion of the cocaine seized from **GENTRY** was destined for **COFFEY** Jr

19

There have been about 49 intercepted calls between **GENTRY** and **COFFEY, Jr.** relating to cocaine, crack, and marijuana.

### Criminal History for James Thomas COFFEY Jr. a/k/a: Jamie COFFEY

A review of the criminal history for **James Thomas COFFEY Jr.** revealed that **COFFEY Jr.** was arrested in Pulaski, Tennessee on September 9, 1994 for reckless endangerment, drinking under age, and contributing to minors. On October 24, 1998 **COFFEY Jr.** was arrested for manufacture, delivery/sell of a controlled substance. The dispositions of the above listed charges were unavailable at the time of this writing.

### Nicholas Theron White a.k.a Nick White

During this investigation it was found that that **Nicholas WHITE** is a crack cocaine and marijuana trafficker operating in Giles County, Tennessee. The investigation established that **WHITE** sells crack cocaine and marijuana supplied to him by **Travis GENTRY**.

On August 15, 2010, at 5:18 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **WHITE** using phone (931) 638-9008 was intercepted. Following are excerpts of the conversation: **WHITE**, "(inaudible) did you get my text earlier?" **GENTRY**, "Uh, yeah. That's do that. That's no problem, do, do, three seventy five on that." **WHITE**, "Do what?" **GENTRY**, "Do three seventy five on that." **WHITE**, "Three seventy five." **GENTRY**, "Yeah." **WHITE**, "Alright (inaudible)." From your affiant's training and experience from conducting this investigation your affiant believes that **WHITE** was attempting to purchase marijuana from **GENTRY** based on the price "$375.00" which is consistent with the price for a quarter pound of marijuana.

On October 12, 2010, at 11:09 a.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **WHITE** using phone (931) 638-9008 was intercepted. Following are excerpts of the conversation: **GENTRY**, "Just sitting here around earning interest. I bought me a new little thing to blender at (inaudible)." **WHITE**, "bought what?" **GENTRY**, "They been having them little blender thangs you can whip with." **WHITE**, "Yeah." **GENTRY**, "You know you then hand blenders ain't no damn count. I said hell.

20

I got a new tool I've been working with. That motherfucker (inaudible) went with Phillips head screwdriver." **WHITE**, "For real?" **GENTRY**, "Umm, hmm." **WHITE**, "Did you put the knife up?" **GENTRY**, "Yeah. That screwdriver making that shit a whole lot harder too." **WHITE**, "Shit. That screwdriver ain't got nothing to do with it." **GENTRY**, "Got that little rusty end. I go with a real thin one. The bat on it is real thin one. That way it won't break that work a little bit. It come out a perfect cook every time." **WHITE**, "I may have to take me a shot of it after you do you shit." **GENTRY**, "Nah I liked it better like that. I even quit took the jar. I don't even cook in that big ass jar no more." In this call your affiant believes that **GENTRY** and **WHITE** were discussing cooking cocaine into crack and **GENTRY** was explaining to **WHITE** the process he uses to cook cocaine into crack cocaine. **GENTRY** explained to **WHITE** the benefit of using a Phillips head screwdriver to stir the cocaine as it is being cooked into crack. WHITE expressed interest in trying this technique to cook crack cocaine

On December 16, 2010, at 12:34 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **WHITE** using phone (931) 478-0916 was intercepted. Following are excerpts of the conversation: **WHITE**, "You didn't have 'em girls didn't cha." **GENTRY**, "Ha yeah I got a little tab." **WHITE**, "That's all I needed. is a little bit." **WHITE**, "How long you think though?" **GENTRY**, "Nah it ain't goin to be long at all. Um like I said, "I got to meet somebody. Pick up some my bread on something else" and it's goin to be shortly. See cause I was already have it cooked for ya, but I couldn't get to, them motherfucker in there. When I had went back through, so I just have to do a little, but I got the guarantee, eight (inaudible) minute." **WHITE**, "Alright." **GENTRY**, "Yeah I gotcha in the second. In a few minutes." **WHITE**, "Alright." Based on your affiants training and experience and from information learned while conducting this investigation I believe that **WHITE** was inquiring about cocaine when he stated, "You didn't have 'em girls didn't cha." Your affiant knows that the term "girl" is used by this trafficking organization and others as coded language for cocaine **GENTRY** confirmed that they were talking about crack cocaine when stated "See cause I was already have it cooked for ya." Your affiant is aware that cocaine is cooked into crack cocaine.

On December 19, 2010, at 10:38 a.m. a call between **Travis GENTRY** utilizing Target Telephone 3 and **WHITE** using phone (931) 478-0916 was intercepted. Following

21

are excerpts of the conversation: **WHITE,** "Had somebody call that wanted to see that old gal." **GENTRY,** "Aw for real." **WHITE,** "Yea hell when I got it they don't want it." **GENTRY,** "What about on the boy?" **WHITE,** "Shit I still got a I can do some of that too hell what I got it will be gone by tomorrow." **GENTRY,** "Alright I'm fixing to um alright let me see you, Channing said he wanted a boy and you said he wanted some girl too don't you." **WHITE,** "Yeah, yeah and dudes money." **GENTRY,** "Alright, ok that sounds good. I'm fixing to get your shit together in a minute and hit you right back." **WHITE,** "Alright." Based on your affiants training and experience and from information learned while conducting this investigation I believe that **WHITE** was asking **GENTRY** for cocaine when he stated, "Had somebody call that wanted to see that old gal." **GENTRY** told **WHITE** he had some "boy", which your affiant knows to be a reference to crack cocaine. **WHITE** told **GENTRY** that he had an unspecified quantity of crack cocaine but it will be gone by tomorrow so **WHITE** might as well get some of that too. This call also establishes that **WHITE** knows other participants in this conspiracy, such as **Channing RANDOLPH**.

On December 22, 2010, at 8:15 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **WHITE** using phone (931) 478-0916 was intercepted. Following are excerpts of the conversation: **WHITE,** "He say you put your foot in that one." **GENTRY,** "He say I put my foot in it?" **WHITE,** "Yeah." **GENTRY,** "still those sticky shit really ah its you got to let it sit out you can reheat it and you'll still just have to sit (inaudible) you gotta sit gotta sit well compared to what it's been being but hell I done (inaudible) I'm fresh again. That's the last of the Mohican on that it sticking it's just sticky as hell man". **WHITE,** "It ain't got any kick to it." **GENTRY,** "Yeah it's the work though it's the work it's just (inaudible) I banged out a split in about 3 days. I just got rid of my last order." **WHITE,** "Well they may have to take it now it (inaudible)" **GENTRY,** "Yeah I mean tell 'em that just the rest of that is sticky like. You know like with me, Like I tell anybody, I am 85% perfect every time you know what I'm saying a little sticky shit its just the shit. You can heat it back up yourself and do it they just have to see it uh you put on it it's just sticky it's just gonna stick to it anyway in the (inaudible) you just have to let it dry (inaudible) falling apart its just sticky really you can bout tell if you mash it and fuck you can feel it just sticky shit. or you can take a little piece cause

22

Randy you know told me the same thing but he said he melted some down and lose about a gram and they went crazy so I was like that's what I'm telling you. It's just the layer or whatever when it locked up with me on my whip you know what I'm saying and then like you said it's just sticky as fuck like he said too coming off that hand (inaudible) and it's just playing mind games with 'em but he said after he heated it down, they went berserk." **WHITE,** "Yeah I know." **GENTRY,** "I told him I knew it cause there wasn't nothing wrong with the work no way like I said it's just when you whip it, it generally just so sticky you have to let it sit and dry so make sure it don't lock up real quick." **GENTRY,** "But yeah you won't have to heat it up neither but like I said it's just that sticky shit it ain't even really that it's the foot in it I'm saying its just that shit you really can't help you know what I'm saying. You just got to take that and get it (inaudible) like I said that shit you just gotta let it sit out and shit." **WHITE,** "I don't know I'm saying I gotta a bunch of folks and you know how they do they start running other places." **GENTRY,** "Yeah I mean that's the thing though you know it's everywhere you know what I'm saying they can't go to far cause they'll turn around and get the same thing. Like I said I finally got fresh last night I'd a got fresh again last night so you know like I said I feel 'em but it ain't the point where a mother fucker can't move it cause hell I'm fucking with some hot box mother fuckers that stay in the street like I said one of them other mother fuckers said the same thing which he knew it too he was like he said I know it was you cause it's been that killer every time and sticky. I even reheated a piece and then they stayed together (inaudible)." **GENTRY,** "Oh, I'll do some surgery." **WHITE,** "Yeah (inaudible) some mad cow. I mean I had two complain. I'll holler at you." I believe that during this conversation **WHITE** called **GENTRY** to inform him that **WHITE'S** people (customers) had complained about the quality of the crack cocaine prepared by **WHITE.** **WHITE** acknowledged that he supplied "a bunch of folks" and was concerned that they would switch to other suppliers. **GENTRY** explained to **WHITE** what may have went wrong during the cooking process and why the crack cocaine was sticky, and how to correct the problem.

On January 4, 2011, at 4:34 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **WHITE** using phone (931) 478-0916 was intercepted. Following are excerpts of the conversation: **WHITE,** "Got off a girl, what you think he do for just that

23

little bit." **GENTRY,** "What's that?" **WHITE,** "For that girl I had got from you." **GENTRY,** "Oh come right back." **WHITE,** "For real?"**WHITE,** "That's cool." **WHITE,** "It's real shaky." **GENTRY,** "Huh?" **WHITE,** "You know its real shaky. Is that the way it came? **GENTRY,** "Yeah, yeah, that stuff is A-1. **WHITE,** "Shit, I might try to fuck with that." **GENTRY,** "Yeah all you got to do probably put a little water on that, put a little bit just dry, real dry cause just twist it a few times. She's locking for real." **WHITE,** "Yeah." **GENTRY,** Yeah. That way you get all your little weight back. Kinda like dry, you know what I'm sayin, really ain't about the water levels. I don't know how much you whipping." **WHITE,** "Yeah." **GENTRY,** "Yeah. It's all good thou. It will come right back." **WHITE,** "I'm goin to try it out. See what cha talking about." It is the belief of your affiant that during this call **WHITE** asked **GENTRY** his opinion on cooking the powder cocaine he received from **GENTRY** into crack cocaine and whether or not all the weight would come back. **GENTRY** assured **WHITE** it would and that the cocaine was A-1 meaning it was good.

## CRIMINAL HISTORY for Nicholas Theron WHITE

A review of the Nicholas Theron **WHITE** criminal history revealed he has been arrested on September 15, 2006 for possession of cocaine for resale, three counts of sale of cocaine, possession of marijuana for resale, possession of cocaine with intent to sell. On June 24, 2009 **WHITE** was arrested for simple possession of marijuana, possession of marijuana for resale, possession of drug paraphernalia. The dispositions of these cases are unknown at this time

### Brandon Corey Matthews

During this investigation it was found that that **Brandon MATTHEWS** purchases marijuana from **GENTRY,** and distributes the marijuana to others around the Giles County, Tennessee area.

On August 14, 2010, at 2:29 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Brandon MATTHEWS** using phone (615) 513-7428 was intercepted. Following are excerpts of the conversation: **MATTHEWS,** "Shit what kinda of CD's you

24

got?" **GENTRY**, "Huh, not." **MATTHEWS**, "Now don't you start that." **GENTRY**, "Not." **MATTHEWS**, "What's that not going for?" **GENTRY**, "What you want some Dro?" **MATTHEWS**, "Nah I need some mid real but I'll take some dro too." **GENTRY**, "I got some of that shit I've been knocking off (inaudible)." **MATTHEWS**, "It's what?" **GENTRY**, "It's the same thing I had, hell not the exact same thing but it's the same thing." **MATTHEWS**, "Shit how long is it gonna take you?" **GENTRY**, "Shit I've fixing to leave down here and get me something to eat and hollar at a little cat down here then I'm gonna be up there (inaudible) what are you trying to give me this evening hold on um I got four yeah, I well what you wanna get like a little couple of (inaudible)." **MATTHEWS**, "Yeah probably yeah." **GENTRY**, "Oh Ok yea I got some of that." **MATTHEWS**, "Oh ok just call me when you are about 10 or 15 minutes away (inaudible)." **GENTRY**, "Alright." Your affiant is aware the term "CD's" is a term often used by drug traffickers to describe ounce quantities of a narcotic. I believe in this call **GENTRY** told **MATTHEWS** that he had four ounces of marijuana, and asked if **MATTHEWS** if he wanted a couple little "zips", referring to two ounces of marijuana.

On August 16, 2010 at 4:08 p.m. a call between **Travis GENTRY** utilizing Target Telephone 3 and **Brandon MATTHEWS** using phone (615) 513-7428 was intercepted. Following are excerpts of the conversation: **MATTHEWS**, "Yeah. you still at the crib?" **GENTRY**, "Yeah I'll come out the pool, or if you're gonna come I'll probably just leave it with Randy." **MATTHEWS**, "Ok is he gonna be there?" **GENTRY**, "Yeah, he'll be, Randy he'll be at the house I'm gonna call him." **MATTHEWS**, "What you want for it nine?" **GENTRY**, "Yeah, yeah, you good." **MATTHEWS**, "Alright." I believe in this call **MATTHEWS** ordered a pound of marijuana for $900.00 which **GENTRY** agreed to leave with **Randy RANDOLPH** for **MATTHEWS**.

On December 16, 2010, at 11:26 a.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Brandon MATTHEWS** using phone (615) 513-7428 was intercepted. Following are excerpts of the conversation: **MATTHEWS**, "Not shit, hey you still got some of that mid?" Your affiant is aware through training and experience that "mid" is a reference to "mid grade marijuana." **GENTRY**, "Uh yeah." **MATTHEWS**, "What you charging on it?" **GENTRY**, "Depends on what a mother fucker wants." **MATTHEWS**, "Like a QP." Your affiant is aware that through training

25

and experience "QP" is a reference to a quarter pound. **GENTRY**, "Mm shit I'll probably do about $350 or $375 something like that." **MATTHEWS**, "When you coming up this way?" **GENTRY**, "Shit probably in a little bit probably, got to shoot to the middle (inaudible)." Over the course of this investigation it has been determined that "the middle" is a reference to 1126 Turner Road Prospect, Tennessee which is the residence of **Betty GENTRY**. 1126 Turner Road is between Pulaski, Tennessee and Athens, Alabama where **GENTRY** often stays. **MATTHEWS**, "Do what?" **GENTRY**, "I'm gonna have to shoot thru the middle." **MATTHEWS**, "Oh ok, ok, well uh, just let me know when you ready." **GENTRY**, "Oh ok where you at?" **MATTHEWS**, "Shit just left school." **GENTRY**, "Oh ok I'm fixing to hit you in a little bit then." **MATTHEWS**, "Alright." I believe in this call **MATTHEWS** was attempting to purchase a quarter pound of marijuana, a "QP" from **GENTRY**.

On January 24, 2011, at 11:56 a.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Brandon MATTHEWS** using phone (615) 513-7428 was intercepted. Following are excerpts of the conversation: **MATTHEWS**, "Where that loud at man?" Your affiant is aware from training and experience "loud" is a reference to marijuana because of the strong odor. **GENTRY**, "Put it in me that mid looking like that loud you didn't see it?" **MATTHEWS**, "Uh huh (affirmative), Now Jeremy had told me he got some but I didn't know who he got it from so I didn't even bother with it." **GENTRY**, "Yeah." **MATTHEWS**, "I need to grab a little myself to be honest with you." **GENTRY**, "I'm gonna tell you that mid is going Jeremy he had hollered at me Uh Tubbs had been hollering at me down this way best thing around and I mean its pretty light green it uh don't get no better than that." **MATTHEWS**, "Yeah ." **GENTRY**, "And I got some fresh ones too if you gonna try to do something I'm like." **MATTHEWS**, "Yeah I need to do." **GENTRY**, "I'm like I'm like little John used to tell me up there, you might as well they hollering at me Little John used to ask me where you fixing to go I said out to Randy's he said for what, he hollering at me I'm right here." **MATTHEWS**, "I'll be around here for about an hour, and then really I need some like I said holler at you on some little mid." **GENTRY**, "Alright you just call me before you by." In this call I believe that **MATTHEWS** was attempting to purchase a quantity of marijuana, "the loud" from **GENTRY**.

26

On January 27, 2011, at 5:25 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **Brandon MATTHEWS** using phone (615) 513-7428 was intercepted. Following are excerpts of the conversation: **MATTHEWS**, "You still got some of that mid." **GENTRY**, "Yeah that's what he getting that's what I'm saying I had been, I still got spread I didn't know if you ready to do something or not." **MATTHEWS**, "Uh yeah, yeah, really." **GENTRY**, "Alright." **MATTHEWS**, "Uh you want me to just come on and come down?" **GENTRY**, "Yeah." **MATTHEWS**, "Alright will be down there." **GENTRY**, "Alright." Your affiant knows from training and experience and from conducting this investigation that "mid" is a reference to marijuana. In this call I believe that **MATTHEWS** wanted to purchase marijuana from **GENTRY**, "the mid".

A review of intercepted call data revealed that from January 01, 2011, to March 10, 2011, there have been fifty four intercepted pertinent calls between **GENTRY** and **MATTHEWS** where the subject of the conversation has been marijuana and the purchase of marijuana by **MATTHEWS** from **GENTRY**. These amounts of marijuana have ranged from small amounts for personal use to quarter pound amounts for distribution.

## CRIMINAL HISTORY for Brandon Corey MATTHEWS

A review of the criminal history of **Brandon Corey MATTHEWS** revealed that **MATTHEWS** was arrested November 01, 2005 by the Pulaski PD for possession of cocaine for resale, possession of marijuana for resale. **MATTHEWS** was arrested again on February 28, 2006, for four counts of sale of cocaine. **MATTHEWS** was arrested on March 5, 2007 by the Giles County Sheriff's Department for sale of marijuana three counts, and simple possession of marijuana. On May 22, 2008, **MATTHEWS** was convicted of all counts and sentenced to serve sixty days and received 10 years probation.

## Jonas Lavar HAYES

During this investigation it was found that that **Jonas Lavar HAYES** is a marijuana trafficker operating in Giles County, Tennessee and at Columbia State Community College. The investigation established that **HAYES** sells marijuana supplied to him by

**Travis GENTRY,** and also attempted to obtain an ounce of cocaine from **GENTRY** for **HAYES'** brother.

On January 03, 2011, at 6:41 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **HAYES** using phone (615) 419-0947 was intercepted. Following are excerpts of the conversation: **HAYES,** "Yeah listen. You got some wood?" **GENTRY,** "Yeah I already got some, I been fuckin with my little white. I be on the south too. That's what I was goin to tell ya shit I ain't even, its really, I'm just slow rollin anyway. Like I said, when the rain rolls down I'll fuck with it. That's what I just tellin ya. He got. You know how it is. It's all time hottie at the moment." **HAYES,** "Man I can't get nothin, no wood neither?" **GENTRY,** "Nah (inaudible) I don't, what you tryin to do? I don't know if you want to fuck with that. I mean I give you fuck some white, but on the wood that ain't even no mid. I just be fucking with the little regular. I just do numbers thou I just be doin same thing to make me a solid. You with me?" **HAYES,** "What I'm sayin I can move it. You know what I'm sayin? I start school huh next week. You know what I'm sayin? Ain't, ain't none up here. I'm in Lawrenceburg now, ain't none here. Period." **GENTRY,** "Ain't no green?" **HAYES,** Ain't none up here. Ain't nothing up here. Shit I can get it all from ya too. Based on your affiants training and experience and from information learned from conducting this investigation, I believe that during this call **HAYES** called **GENTRY** to establish a connection for marijuana and cocaine so **HAYES** could sell the drugs at the Columbia State Community College campus in Lawrenceburg, Tennessee which **HAYES** attends.

On January 19, 2011, at 8:00 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **HAYES** using phone (615) 419-0947 was intercepted. Following are excerpts of the conversation: **HAYES,** "I thought, I thought you was gonna bring the mid." **GENTRY,** "I got them over there, I got enough of the mid but what you want to do? If you like what I got I got a little bit of that left, I'll let you go on and knock that off but see I'll let you get some of that mid for your little homeboys you know what I'm saying if mother fuckers just want that Q." **HAYES,** "Yeah, yeah, yeah." **GENTRY,** "I'll do you a one and one, man I'll just do the little mid for like a dollar then that other shit just to keep you flowing." **HAYES,** "That, that, that what I'm saying yeah do it like

28

that the uh." **GENTRY**, "we still gotta go get that shit I don't ride like that you know that." **GENTRY**, "Alright, what you just want to ride with me." **HAYES**, "Yeah." **GENTRY**, "I'm just gonna take you I got to go get me a little smoke that way then I'll bring you right on back. Pick you up now, you want me to pick you up now?" **HAYES**, "Uh yeah, come here." Based on your affiant's training and experience and from information learned from conducting this investigation, your affiant believes based on this call, that **HAYES** and **GENTRY** were discussing the different types of marijuana that were available and the price. **GENTRY** told **HAYES** the price was a "dollar" on the mid. Your affiant knows that "dollar" is a reference to $100.00 and that the term "mid" is slang language in the drug community for a grade of marijuana. I believe the price of $100.00 is consistent with the price of for an ounce of mid grade marijuana.

On January 25, 2011, at 9:19 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **HAYES** using phone (615) 419-0947 was intercepted. Following are excerpts of the conversation: **HAYES**, "My mother fucking brother man, he want to know what the ticket is on a whole one?" **GENTRY**, "I ain't even got no, you know like because really when I be snatching them if I do, do a whole one really, truly the shits so high, then I have to fool with so much of really it don't be worth it but, If I do a whole one when I grab one it probably be like on that killer like 14 no none of that you know what I'm saying? Cause really I'm grinding you feel me." **HAYES**, "He right here, I'm gonna tell him hey bro He said god damn it he really getting in the grind now he said (inaudible) that killer (inaudible) uh 1350 for a whole." **GENTRY**, "that's just to look out for your people, really I don't want to do that though." **HAYES**, "(background: he really don't even want to do it he said (inaudible.) Alright, alright man get in there get in there man as soon as you come down (inaudible)." **GENTRY**, "yeah okay I got you." **HAYES**, "you coming down tonight?" **GENTRY**, "uh I'm gonna be out late you know what I'm saying. I'm gonna be in the city tonight hell yeah plus I already got some fresh on that bud that's what I'm saying. You need to let them see the gray (inaudible) then they want to fuck with that work." **HAYES**, "yeah, yeah, what's the ticket on that?" **GENTRY**, "It's gonna be high too, when I get back me and you gonna rap. I'm gonna let you politic for them." **HAYES**, "alright that what's up." Based on the training and experience of your affiant and from information learned during this investigation, I

29

believe in this call **HAYES** asked **GENTRY** on behalf of his brother what a "whole one" cost. Your affiant believes in this context the term, "whole one" is a reference to an ounce of cocaine. **GENTRY** told **HAYES** "fourteen" which I believe is a reference to $1,400.00. Based on the training and experience of your affiant I am aware that $1,400.00 is a high price for a ounce of cocaine. I believe that **GENTRY** priced the ounce of cocaine high because he did not really want to give **HAYES** and his brother a wholesale price on the ounce of cocaine, since **GENTRY** could make more profit by selling the cocaine in smaller amounts ("grinding").

On January 26, 2011, at 2:54 p.m., a call between **Travis GENTRY** utilizing Target Telephone 3 and **HAYES** using phone (615) 419-0947 was intercepted. Following are excerpts of the conversation: **HAYES**, "Alright look I'm gonna leave town probably about ten in about the next ten – fifteen minutes and head that way but uh hey that what I'm saying shit you talking about probably about an ounce and a half, that shit wasn't no damn ounce and a half that shit was a damn ounce." **GENTRY**, "You crazy as hell mother fucker." **HAYES**, "Man I counted I took it over to my little girl that ain't gonna fly." **GENTRY**, "It's gotta be it's gotta be more than that though." **HAYES**, "Man hey I saw. I put that on my daughter man, I weighed it shit that zip lock bag that thick ass zip lock bag God Damnit it probably threw you off but shit directly." **GENTRY**, "Naw he the he the one that he the one that went naw I'm gonna, I'm gonna weigh it up this time I know what to do." **HAYES**, "I'll bring my mother fucking scales you give me." **GENTRY**, "Naw naw look he had that naw I got man I got scales, you know I got all that. I'm gonna weigh you up, I got a little (inaudible) come on." **HAYES**, "Nah, Nah, look you tell him man I need to at least get three of them mutherfuckers nigger that shit going like that shit going like (inaudible)." **GENTRY**, "Man I'm just going to have to come with that that's what I'm trying to tell you cause I be missing the (inaudible) bud I can do it totally different you know what I'm saying." **HAYES**, "That what I'm saying you gonna let me get two of 'em then." **GENTRY**, "Man it depends on what you got what you what you got on you." **HAYES**, "Shit what I need tell me I need to hurry up bring it." **GENTRY**, "Naw that's what I'm saying the two dollars I just I was fixing to cash out on the bud that what I kept boosting see its the same thing cause that way I'm just taking the money going right back, bud totally different set up know what I'm

30

saying." **HAYES**, "Alright well shit." **GENTRY**, "That's what I'm saying." **HAYES**, "Well bring two of them then." **GENTRY**, "Alright I got you." Based on my knowledge of this investigation, I believe that during this conversation **HAYES** was upset with **GENTRY** because the marijuana he acquired from **GENTRY** did not weigh correctly. **GENTRY** told **HAYES** to come to him and he would weigh it and make it right. **HAYES** told **GENTRY** it should have been an ounce and half but only weighed about an ounce. At the end of the conversation, **HAYES** instructed **GENTRY** to bring him two ounces of marijuana.

A review of intercepted call data revealed that from January 1, 2011, to March 5, 2011, there were sixty six (66) pertinent calls and text messages between **GENTRY and HAYES** intercepted over Target Telephone 3. The subject of these conversations involved the purchase of marijuana of various amounts ranging from personal use amounts to multiple ounces. During those calls **HAYES** discussed with **GENTRY** about selling the marijuana **HAYES** was receiving from **GENTRY** at the Columbia State Community College campus in Lawrenceburg, Tennessee where **HAYES** is currently enrolled.

## CRIMINAL HISTORY for Jonas Lavar HAYES

A review of the criminal history of **Jonas Lavar HAYES** revealed that **HAYES** was arrested on May 11, 2000 in Nashville, Tennessee for felony assault, fear of bodily injury. On March 9, 3003, **HAYES** was arrested in Lawrenceburg, Tennessee for possession of schedule II controlled substance. On June 10, 2003, **HAYES** was arrested in Giles County Tennessee for possession of schedule I controlled substance, possession of controlled substance for resale, and evading arrest. On June 8, 2005 **HAYES** was arrested in Giles County for a probation violation. On November 19, 2008 **HAYES** was arrested in Nashville, Tennessee for failure to register as ex-con. The dispositions in these cases were unavailable at the time of this writing.

## Tony Wayne HEDGE

31

During this investigation it was determined that that **Tony Wayne HEDGE** is a cocaine, crack cocaine and marijuana trafficker operating in Dickson County, Tennessee. Based on intercepted calls, this investigation established that **HEDGE** sells cocaine, crack cocaine and marijuana supplied to him by **Kejuana MCCUCTCHEON.**

On January 22, 2011, at 2:35 p.m., a call between **Kejuana MCCUTCHEON** utilizing Target Telephone 4 and **HEDGE** using phone (615) 483-8400 was intercepted. Following are excerpts of the conversation: MCCUTCHEON, "Yeah, hello." HEDGE, "What up with you?" MCCUTCHEON, "Monster call you?" (Your affiant is aware that Monster is **Eddie DIXON**) HEDGE, "Not tonight." MCCUTCHEON, "Oh, well uh, that other is high, they want like, they want like, they going all the way with them like ten fifty, all the way out, so if you want, I didn't want to invest in it and you didn't and I be stuck with cause I don't fuck with it, but on what your other folks want, I am ready on that one." HEDGE, "I guess give me like uh what he say ten fifty." MCCUTCHEON, "Yeah." HEDGE, "On, the other." MCCUTCHEON, "Yeah, on what you want?" HEDGE, "Yeah I need fifteen of the other, inaudible fifteen of the ones for nine, then I need a (inaudible counting), forty two." MCCUTCHEON, "Um, yeah." HEDGE, "Just give me fifteen and four." MCCUTCHEON, "Okay, he want them baby." Based on this call your affiant believes that **MCCUTCHEON** called **HEDGE** to tell him the "other" was high and that they were charging ten fifty. Your affiant believes that **MCCUTCHEON** was telling **HEDGE** that the cocaine was $1,050.00 an ounce. Your affiant knows that $1,050.00 is consistent with the current prices for an ounce of cocaine. **HEDGE** told **MCCUTCHEON** he wanted the fifteen for nine, which your affiant believes is fifteen pounds of marijuana for $900.00 a piece. **HEDGE** counted his money and came up with the sum of $4,200.00. **HEDGE** told **MCCUTCHEON** that he wanted "four" which your affiant believes to be four ounces of cocaine, due to the price being $4,200.00. **MCCUTCHEON** told **HEDGE** the price would be $1050.00 an ounce.

Later, on the same date at 4:29 p.m., **MCCUTCHEON** called **HEDGE** back and told **HEDGE** she can only get ten pounds of marijuana and two ounces of cocaine. Following are excerpts of the conversation: MCCUTCHEON, "Ugh, what I was fixing to tell you it ain't nothing but ten and them two." HEDGE, "Alright." Later on the same date at 4:55 p.m., **MCCUTCHEON** called **HEDGE** back to inquire if **HEDGE** had received a

32

text message **MCCUTCHEON** had sent to him. **MCCUTCHEON** told **HEDGE** that he could have the fifteen instead of the ten if he wanted them. **HEDGE** told **MCCUTCHEON** yes he wanted the fifteen. **MCCUTCHEON** told **HEDGE** she would bring the fifteen and two meaning fifteen pounds of marijuana and two ounces of cocaine.

On January 26, 2011, at 2:30 p.m., a call between **Kejuana MCCUTCHEON** utilizing Target Telephone 4 and **HEDGE** using phone (615) 483-8400 was intercepted. Following are excerpts of the conversation: **MCCUTCHEON**, "Hello." **HEDGE**, "What are you doing?" **MCCUTCHEON**, "Huh?" **HEDGE**, "What are you doing?" **MCCUTCHEON**, "Who is this?"**HEDGE**, "It's Tony." **MCCUTCHEON**, "Who?" **HEDGE**, "Tony, Slick's buddy." **MCCUTCHEON**, "It's Tony? Oh." **HEDGE**, "Yeah." **MCCUTCHEON**, "Uh, not, not much, what's going on?" **HEDGE**, "Say I just wanted to see if you can do anything today?" **MCCUTCHEON**, "Uuh, naw it ain't, ain't nothing on that other, its high , if we, we can't get a whole one we ain't been fucking with it." **HEDGE**, "Alright." I believe based on my training and knowledge of this case that during this call **HEDGE** confirmed to **MCCUTCHEON** that his name is "**Tony**". **HEDGE** called **MCCUTCHEON** to order cocaine. **MCCUTCHEON** told **HEDGE** that it was high and that if "we can't get a whole one we ain't fucking with it" meaning she wanted to get a whole kilogram of cocaine. I am aware that "**Slick**" is an as yet unidentified male acquaintance of **MCCUTCHEON** who is also involved in drug transactions with **MCCUTCHEON**.

On January 29, 2011, at 2:52 p.m., a call between **Kejuana MCCUTCHEON** utilizing Targt Telephone 4 and **HEDGE** using phone (615) 483-8400 was intercepted. Following are excerpts of the conversation: **MCCUTCHEON**, "Uh I don't got nothing but ten left unless my brother come they going to be gone so what you going to do cause I ain't going to hold them." **HEDGE**, "I was on my way." **MCCUTCHEON**, "You didn't call and say it." **HEDGE**, "I had the money on me for fifteen." **MCCUTCHEON**, "I might got that in there." **HEDGE**, "I got the money for fifteen I got I got more than that gone but they said it was going to be after five o'clock and I told them I couldn't wait that long." **MCCUTCHEON**, "Yeah."**HEDGE**, "I will just have to leave them." **MCCUTCHEON**, "Yeah I'm fixing to go ugh I might have that." **HEDGE**, "I got the

33

money for fifteen of them." **MCCUTCHEON**, "Let's see nine yea it should be enough." **HEDGE**, "If they would have come I would have I had the money for over nineteen but they was saying after five o'clock and I told them you didn't want to wait that long ." **MCCUTCHEON**, "Aw yea I got I got I'm throwing a party tonight so naw." **HEDGE**, "Hell yea well I got the money for fifteen." **MCCUTCHEON**, "Ok." **HEDGE**, "Alright same spot." I believe based on my knowledge of the case that during this call **MCCUTCHEON** called **HEDGE** to let him know that she had only ten pounds of marijuana left and to see what **HEDGE** wanted to do. **HEDGE** told **MCCUTCHEON** he had the money for fifteen. **MCUTCHEON** told **HEDGE** he might have that. **MCCUTCHEON** finally agreed to the fifteen pounds of marijuana. **HEDGE** told **MCCUTCHEON** he would meet her at the same spot indicating they had conducted previous drug transactions at that location.

On February 17, 2011, at 9:15p.m., a call between **Kejuana MCCUTCHEON** utilizing Target Telephone 4 and **HEDGE** using phone (615) 483-8400 was intercepted. Following are excerpts of the conversation: **MCCUTCHEON**, "Uh, I be ready for you first thing, I'm going out of town tomorrow, I'll be leavin bout five so get your chips and come on don't be bullshitting." **HEDGE**, "I aint bullshitting, I'm (inaudible), I need some shit bad." **MCCUTCHEON**, "It's, it's, it's was, it's nine." **HEDGE**, "What, you talking about the wood?" **MCCUTCHEON**, "Yeah, but I could get the other too, but it'll be." **HEDGE**, "I need the other. I got, I got, I got, I got wood." **MCCUTCHEON**, "Awe okay." **HEDGE**, "I just need that other." **MCCUTCHEON**, "Uh like how many them?" **HEDGE**, "Like four." **MCCUTCHEON**, "Okay, I gotcha." Based on my training, experience and knowledge of this case, I believe during this call **MCCUTCHEON** called **HEDGE** to see if he needed any marijuana. **HEDGE** told **MCCUTCHEON** he was good on the "wood" but needed some of that "other". Your affiant knows from training and experience and from information learned while conducting this investigation that "wood" is a common term for marijuana and in this particular call **HEDGE** was referring to cocaine when referring to "other" when contrasted to "wood." In this call **HEDGE** told **MCCUTCHEON** he needed "four" a reference I believe to meaning four ounces of cocaine. **HEDGE** confirmed he had received the cocaine from **MCCUTCHEON** during the following intercepted call.

34

On February 24, 2011, at 5:56 p.m., a conversation between **MCCUTCHEON** utilizing Target Telephone 5 and **HEDGE** using phone (615) 483-8400 was intercepted. Following are excerpts of the conversation: **MCCUTCHEON**, "Yeah, this my number I be calling from did you want something before I give it to my brother." **HEDGE**, "Yeah I got uh just trying to round some much money as he could I got like four, I just hadn't looked at it." **MCCUTCHEON**, "When I called my cousin cause that's who I got that shit from I told him I said look my home boys said he lost on that shit real bad he was like did he try to whip it I was like yea and he was like naw something about some dry cook some shit ." **HEDGE**, "I did it both ways and I swear to you I put sixty in it and got twenty back." **MCCUTCHEON**, "for real." **HEDGE**, "I swear it was bad I was like, oh my god I took my whole income tax and the first one I did I tried to dry do it, it balled up keep on balling up looked like circles but it wouldn't never amount to anything it would never go all the way down I could tell it was bull shit so I did two of them I put two of them in there and tried to do it and some of it would break down the oil which was the good shit the real shit the rest was man every time I would snort it and breaking it down it looked like it was little salt things in there it looked like crystals out of those five out of those five after I transformed it people didn't want it they didn't even want it to snort hell naw I don't want know more of that shit dude I probably got I probably end of getting out of those three I probably ended up with two real ones yeah." **HEDGE**, "Naw it had like uh out of those five I probably got two out of those five no shit after I transformed them." **MCCUTCHEON**, "Yeah." **HEDGE**, "All mine I dry cook it." I believe that during this call **MCCUTCHEON** called **HEDGE** to see if he needed anything. **HEDGE** told **MCCUTCHEON** he needed "four" meaning four ounces of cocaine, but explained to **MCCUTCHEON** how he lost out on the cocaine he purchased last time. **HEDGE** explained to **MCCUCTCHEON** how he cooked the cocaine into crack and brought back less than what he put in it. **HEDGE** told **MCCUTCHEON** out of five ounces he only ended up with two ounces of crack cocaine. **MCCUTCHEON** seemed concerned and told **HEDGE**, "that's the same as I gave you last time that's the same shit I give you last time that's what I don't understand what happened." **HEDGE** then discussed the cocaine he had received from **MCCUTCHEON** prior to the last bad

35

batch, "that shit I got before not the shit I got last time not those five or what ever I got time before that came back straight I mean I lost like one or two on it but that's water with it too." **MCCUTCHEON** continues to tell **HEDGE** how bad she feels about it and states, " I don't like that at all I don't be worrying about mine ya'll the ones that you know what I'm saying me and my children eat off, of my inaudible is to keep ya'll you know what I'm saying cool and I don't like that at all point blank period when shit like that happens I need for you to call and communicate with me so I can communicate and get it understood with them that that shit was foul that you did and I knew you knew you know what I'm saying I'm fixing to give him a call rite now we probably want speak cause of what I got to say." **HEDGE** told **MCCUTCHEON** he needed four more and he is ready when she is. **MCCUCTCHEON** told **HEDGE** to come on.

On February 24, 2011, at 7:05p.m., a call between **Kejuana MCCUTCHEON** utilizing Target Telephone 5 and **HEDGE** using phone (615) 483-8400 was intercepted. Following are excerpts of the conversation: **MCCUTCHEON**, "You passing Kingston Springs?" **HEDGE**, "Yeah." **MCCUTCHEON**, "Ok." **HEDGE**, "Alright man I think I'm like a dollar short I, can I go on and get five." **MCCUTCHEON**, "Ok you can give it to be next time." **HEDGE**, "Alright." Based on the training and experience of your affiant and from information learned from the above conversations I believe that **HEDGE** additionally wanted to get four ounces of cocaine but was only a "dollar short" from having enough to get five ounces of cocaine from **MCCUTCHEON**. A "dollar short", is a reference I believe to **HEDGE** being short on money. Your affiant knows that the term "dollar" is a slang term used by drug traffickers representing $100.00. **MCCUTCHEON** told **HEDGE** not to worry about it that he can pay her next time meaning that **MCCUTCHEON** had no problem with **HEDGE** owing her $100.00.

## Criminal History of Tony WAYNE HEDGE

Tony Wayne HEDGE has no criminal history.

## CONCLUSION

Based on the above listed facts in this affidavit and the incorporated search affidavit, your affiant believes probable cause exists for the issuance of the requested arrest warrants.

FURTHER AFFIANT SAYETH NOT.

James R. Goodman
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed to before me this _____ day of March, 2011 in Nashville, Tennessee.

Joe B. Brown
United States Magistrate Judge

37