FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 2 1 2011

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO.3:11-00082 |
| v. | ) | Judge Trauger |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| [1] TRAVIS LYNN GENTRY | ) | 21 U.S.C. § 841(a)(1) |
| [2] BETTY KATHERINE GENTRY | ) | 21 U.S.C. § 846 |
| [3] FRANK DWAYNE RANDOLPH | ) | 21 U.S.C. § 853 |
|     a/k/a TUBBS | ) | |
| [4] ALFRED TRYAN COFFEY | ) | |
|     a/k/a RENNY | ) | |
| [5] RANDY RANDOLPH | ) | |
| [6] CHANNING ACE RANDOLPH | ) | |
| [7] PATRICK DEWAYNE SMITH | ) | |
| [8] JAMES THOMAS COFFEY, Jr. | ) | |
|     a/k/a JAMEY | ) | |
| [9] NICHOLAS THERON WHITE | ) | |
| [10] BRANDON COREY MATTHEWS | ) | |
|     a/k/a BIRTHDAY | ) | |
| [11] JONAS LAVAR HAYES | ) | |
| [12] TONY WAYNE HEDGE | ) | |
| [13] KEJUANA LATRESE McCUTCHEON | ) | |
|     a/k/a KIWI | ) | |
| [14] WILLIAM WARREN HEAD II | ) | |
| [15] CLANISHIA LESHON ALLEN | ) | |
| [16] TODD ARKALUS BRYANT | ) | |
| [17] SPENCER RANDOLPH | ) | |
|     a/k/a DIDDY | ) | |
| [18] GARA CARLNESA HARRIS-JOSLIN | ) | |
| [19] BRANDON PAUL HOOPER | ) | |
| [20] EDDIE DEWAYNE DIXON | ) | |
|     a/k/a MONSTA | ) | |

# SUPERSEDING INDICTMENT

<u>COUNT ONE</u>

THE GRAND JURY CHARGES:

Between in or around May, 2010, to in or around March, 2011, in the Middle District of Tennessee and elsewhere, **[1] TRAVIS LYNN GENTRY, [2] BETTY KATHERINE GENTRY, [3] FRANK DWAYNE RANDOLPH a/k/a TUBBS, [4] ALFRED TRYAN COFFEYa/k/a RENNY, [5] RANDY RANDOLPH, [6] CHANNING ACE RANDOLPH, [7] PATRICK DEWAYNE SMITH, [8] JAMES THOMAS COFFEY, Jr. a/k/a JAMEY, [9] NICHOLAS THERON WHITE, [10] BRANDON COREY MATTHEWS a/k/a BIRTHDAY, [11] JONAS LAVAR HAYES, [12] TONY WAYNE HEDGE, [13] KEJUANA LATRESE McCUTCHEON a/k/a KIWI, [14] WILLIAM WARREN HEAD II, [15] CLANISHIA LESHON ALLEN, [16] TODD ARKALUS BRYANT, [17] SPENCER RANDOLPH, a/k/a DIDDY, [18] GARA CARLNESA HARRIS-JOSLIN, [19] BRANDON PAUL HOOPER, [20] EDDIE DEWAYNE DIXONA/k/a MONSTA** did combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute controlled substances, including 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, that is crack cocaine, Schedule II controlled substances, and 100 kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

<u>FORFEITURE ALLEGATION</u>

The allegations contained in Count One of this Superseding Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

Upon conviction of the controlled substance offense alleged in Count One of this Superseding Indictment, **[1] TRAVIS LYNN GENTRY, [2] BETTY KATHERINE GENTRY, [3] FRANK DWAYNE RANDOLPH a/k/a TUBBS [4] ALFRED TRYAN COFFEY a/k/a RENNY, [5] RANDY RANDOLPH, [6] CHANNING ACE RANDOLPH, [7] PATRICK DEWAYNE SMITH, [8] JAMES THOMAS COFFEY, JR. a/k/a JAMEY, [9] NICHOLAS THERON WHITE, [10] BRANDON COREY MATTHEWS a/k/a BIRTHDAY, [11] JONES LAVAR HAYES, [12] TONY WAYNE HEDGE, [13] KEJUANA LATRESE McCUTCHEON a/k/a KIWI, [14] WILLIAM WARREN HEAD II, [15] CLANISHIA LESHON ALLEN, [16] TODD ARKALUS BRYANT, [17] SPENCER RANDOLPH a/k/a DIDDY, [18] GARA CARLNESA HARRIS-JOSLIN, [19] BRANDON PAUL HOOPER, [20] EDDIE DEWAYNE DIXON a/k/a MONSTA,** jointly and severally, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offenses alleged in Count One. The property to be forfeited includes but is not limited to the following:

    a.    **A money judgment** in the amount of at least $750,000.00 United States currency representing the amount of proceeds obtained as a result of such offense;

3

b. **Currency**

1. $7,823.00 United States currency seized on March 17, 2011 from 409 Westgate Drive, Pulaski, Tennessee; and

2. $25,544.00 United States currency seized on March 17, 2011 from 509 West Poplar Street Pulaski, Tennessee;

c. **Bank Accounts**

1. Contents of First National Bank of Pulaski Account #1060313 with the approximate value of $12,351.88 seized on March 22, 2011 from 206 South First Street, Pulaski, Tennessee; and

2. Contents of Bank of Frankewing Certificate of Deposit #23166 with the approximate value of $11,639.69 seized on March 22, 2011 from 1671 West College Street, Pulaski, Tennessee;

d. **Safe Deposit Box**

1. $10,640.00 United States currency seized on March 22, 2011 from Safe Deposit Box 704, First National Bank of Pulaski located at 206 South First Street, Pulaski, Tennessee.

e. **Real Property**

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, described as lot on Map 167B, Parcel 14 and running parallel to Thompson Lane Road, Giles County, Tennessee and more particularly described as follows:

   Lying and being in the 4th Civil District of Giles County, Tennessee, being lot #14 and more particularly described as follows:

   BEGINNING at point on Howard Road thence East 156 feet to a point; thence North 100 feet to a point; thence Northwest 100 feet to a

4

point being the boundary line for lot 13; thence with boundary line of lot #13 145 feet to a point; thence running 110 feet parallel with road known as Thompson Lane to point of beginning.

And being the same property acquired by Charles Thornton, et us by Deed of record in Deed Book 265, Page 144, Register's Office, Giles County, Tennessee.

Map 167B, Parcel 14

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 509 West Poplar Street, Pulaski, Tennessee ("West Poplar"), more specifically described as:

A certain tract of land located on the South side of West Poplar Street in the City of Pulaski, 7th Civil District, Giles County, Tennessee, and being more particularly described as follows:

BOUNDED generally N approximately 75 feet by the South margin of West Poplar Street; East approximately 160 feet by Charles Gordon, South approximately 82 feet by Dorothy McCord, Et Al: and W approximately 160 feet by Morris Howard, Et Al.

And being the same property appearing of record in Deed Book 241, page 739, Register's Office, Giles County, Tennessee.

**f.    Substitute Assets**

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;

5

2. has been transferred or sold to, or deposited with, a third party;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty;

The United States shall be entitled to forfeiture of substitute property and it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of said property listed above as being subject to forfeiture including but not limited to:

1. Bank of Frankewing Savings Acct #203446 - $16,160.70;

2. Bank of Frankewing CD Acct #50104 - $11,187.55;

3. Bank of Frankewing CD Acct #57220 - $83,756.92;

4. Bank of Frankewing CD Acct #56297 - $10,858.01;

5. First Nat'l Bank of Pulaski Acct #1378968 - $1,463.33; and

6. Bank of Frankewing Checking Acct #4401964 - $1,215.00.

A TRUE BILL:

FOREPERSON

JERRY E. MARTIN
UNITED STATES ATTORNEY

SUNNY A.M. KOSHY
ASSISTANT UNITED STATES ATTORNEY

6