UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK DEWAYNE SMITH | Case No. 3:11-cr-00082<br><br>The Honorable Aleta A. Trauger<br>U.S. District Court Judge |

## **VERDICT FORM**

We, the Jury, unanimously find the following:

### COUNT ONE

1. With respect to the charge in Count One of the Indictment of conspiracy to distribute or conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846, we find the Defendant, PATRICK SMITH:

Guilty: __X__    Not Guilty: _____

INSTRUCTION: If you answered "Guilty" in response to Question No. 1, proceed to Question Nos. 1(a), 1(b), and 1(c). If you answered "Not Guilty" in response to Question No. 1, skip Question Nos. 1(a), 1(b), and 1(c), and proceed to Question No. 1(d).

1(a). With respect to Count One of the Indictment, the amount of cocaine involved in the conspiracy was:

_____    5 kilograms or more

_____    At least 500 grams but less than 5 kilograms

__X__    Less than 500 grams

_____    None

1(b).   With respect to Count One of the Indictment, the amount of crack cocaine involved in the conspiracy was:

    __X__   280 grams or more

    _____   At least 28 grams but less than 280 grams

    _____   Less than 28 grams

    _____   None

1(c).   With respect to Count One of the Indictment, the amount of marijuana involved in the conspiracy was:

    _____   100 kilograms or more

    _____   At least 50 kilograms but less than 100 kilograms

    __X__   Less than 50 kilograms

    _____   None

1(d).   With respect to the lesser-included charge of conspiracy to possess a controlled substance, in violation of 21 U.S.C. § 846, we find the Defendant, PATRICK SMITH:

Guilty: _____          Not Guilty: _____

## COUNT TWO

2. With respect to the charge in Count Two of the Indictment of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), we find the Defendant, PATRICK SMITH:

Guilty: __X__          Not Guilty: _____

▓▓▓▓▓▓▓▓▓▓▓▓▓▓
FOREPERSON

__11-15-12__
DATE