IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. Hearing reset for 3/29/13 at 2:00 p.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:11-cr-00082-7 |
| | ) | **JUDGE TRAUGER** |
| PATRICK DEWAYNE SMITH | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, Patrick DeWayne Smith, by and through undersigned counsel, and moves this Court to continue the sentencing hearing which is currently set for **February 28, 2013** to a date that would give counsel at least one additional week to file any objections to the Presentence Report and submit his Sentencing Position. The government has noticed the defendant of enhanced penalties (life imprisonment) pursuant to 21 U.S.C. § 851.

AUSA Sunny Koshy does not object to a continuance but has requested that sentencing be set on a Friday, due to his involvement in another trial. Undersigned is available on March 8, 15, or 29.

Respectfully submitted,

s/Travis Hawkins, BPR 17395
THE HAWKINS LAW FIRM, PLLC
120 Old Liberty Pike
Franklin, Tennessee 37064
(615) 599-1010