IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:11-cr-00082-7 |
| | ) | **JUDGE TRAUGER** |
| PATRICK DEWAYNE SMITH | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, Patrick DeWayne Smith, by and through undersigned counsel, and moves this Court to continue the sentencing hearing which is currently set for **March 29, 2013** to one of the following days, subject to the Court's convenience:

May, 1,2 or 3

May 8, 9, or 10

May 22, 23, 24

May 27, 28, 29, 30, or 31

Counsel is still working on defendant's Sentencing Memorandum and needs additional time specifically to obtain juvenile records on this defendant that may have a bearing on the defendant's eligibility for a life sentence under 21 U.S.C. 851.

Undersigned attempted to phone counsel for the government, Sunny Koshi, about any objection to this continuance, however counsel had not spoken with Mr. Koshi at the time of this filing.