| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.   3:11-00082-7 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| PATRICK DEWAYNE SMITH | ) | |

## POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

The United States of America, through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Sunny A.M. Koshy, Assistant United States Attorney, hereby states it has no objection to the Presentence Investigation Report for the defendant, Patrick Dewayne Smith.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

**s/ _Sunny A.M. Koshy_**
SUNNY A.M. KOSHY
Assistant United States Attorney
A-961 U.S. Courthouse
ll0 Ninth Avenue South
Nashville, Tennessee 37203
Telephone:  615-736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2013, I electronically served one copy of the United States' Position Of the Government With Respect To Sentencing Factors with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Travis Hawkins, Attorney for the Defendant, and Liberty Lander, United States Probation Officer.

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY, AUSA

2