Patrick Smith OCA #483276

RECEIVED
IN CLERK'S OFFICE

JUN 19 2013

U. S. DISTRICT COURT
MID. DIST. TENN.

6/16/13

CASE # Docket # 3:11-cr-00082-7

Ref: Removing Lawyer.

To: Honorable Judge Aleta Treuger

Honorable judge Treuger I would like to take this opportunity to request to have my lawyer Travis Hawkins removed from my case [Appeal]. Mr. Hawkins represented me during my trial but I don't want him working on my appeal. I woul like to thank you in advance for your help resolving this matter.

Sincerely,
Patrick Smith