# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:11-00082-7

## UNITED STATES OF AMERICA

Judge: TRAUGER

V.

Hearing Date: 6/21/13

Location: ⊙ Nashville  ◯ Columbia  ◯ Cookeville

PATRICK DEWAYNE SMITH

Court Reporter: Becky Cole

Court Interpreter:

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): Sunny Koshy

Defense Attorney(s): Travis Hawkins

| TRIAL PROCEEDINGS | | NON-TRIAL PROCEEDINGS | |
|---|---|---|---|
| 1. Jury Trial* | ☐ | 7. Initial Appearance/Arraignment | ☐ |
| 2. Non-Jury Trial* | ☐ | 8. Plea Hearing | ☐ |
| 3. Sentencing Hearing Contested* | ☑ | 9. Sentencing Hearing | ☐ |
| 4. Supervised Release Hearing-Contested* | ☐ | 10. Status conference | ☐ |
| 5. Probation Revocation Hearing-Contested* | ☐ | 11. Pretrial Conference | ☐ |
| 6. Other Evidentiary Hearing* | ☐ | 12. Supervised Release Revocation Hearing | ☐ |

(Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐

(Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant sentenced to life in custody, 10 years supervised release, $200 special assessment, and no fine. Witness/exhibit list and Judgment to follow.

Total Time in Court: 2 hrs 20 mins.

KEITH THROCKMORTON, Clerk

by: Katheryn Beasley