**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:11-cr-00082-7** |
| **v.** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **PATRICK DEWAYNE SMITH** | ) | |

## UNITED STATES' NOTICE OF APPEAL

Pursuant to 18 U.S.C. § 3731, the United States of America appeals to the United States

Court of Appeals for the Sixth Circuit from the opinion and order entered on July 19, 2024, by the

District Court granting Defendant Patrick DeWayne Smith's motion for compassionate release.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*/s Rascoe Dean*
RASCOE DEAN
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151

## <u>Certificate of Service</u>

I hereby certify that on July 26, 2024, a true and exact copy of the foregoing document will be sent via the Court's Electronic Case Filing system to Michael C. Holley, counsel of record for Patrick DeWayne Smith.

s/ *Rascoe Dean*
Rascoe Dean
Assistant United States Attorney